# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETRA BUSCHMEIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 02: 03mc506 |
| ) | |
| G7G INVESTMENTS, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER OF COURT

Presently pending before the Court for disposition is the JOINT MOTION FOR RECONSIDERATION, OR IN THE ALTERNATIVE, MOTION TO RENEW MOTION TO DISQUALIFY filed by Executive Warehouse, Inc., Today's Express, Inc., Ghaznavi Investments, Inc., Ghaznavi Enterprises, Inc., and John J. Ghaznavi Foundation and John J. Ghaznavi (collectively referred to as "the Movants") (*Document No. 172*) and the RESPONSE in opposition filed by Plaintiff, Petra Buschmeier (*Document No. 178*).

The Movants ask the Court for reconsideration of the Memorandum Opinion and Order of Court entered November 19, 2007, in which the Court denied the Joint Motion to Disqualify Plaintiff's Counsel for Conflict of Interest Involving a Former Client which had been filed by the Movants.

Generally a motion for reconsideration will only be granted if: (1) there has been an intervening change in controlling law; (2) new evidence, which was not previously available, has become available; or (3) necessary to correct a clear error of law or to prevent manifest injustice. *Hirsch Corp. v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir. 1985), *cert. denied*, 47 U.S. 1171 (1986).

The Movants continue to advance the same arguments which they made in their original motion and said arguments were previously given due consideration and found not convincing by the Court. Therefore, the Court finds that the arguments raised in the instant motion do not warrant further analytical discussion. Further, Movants request for alternative relief is premature.

Fatal to the pending motion is that nothing new in law or evidence has been supplemented to the record by the Motion for Reconsideration of the Memorandum Opinion and Order of November 19, 2007, and no error of law or manifest injustice has been demonstrated.

**AND NOW**, this 11h day of December, 2007, it is **ORDERED**, **ADJUDGED, AND DECREED** that the JOINT MOTION FOR RECONSIDERATION, OR IN THE ALTERNATIVE, MOTION TO RENEW MOTION TO DISQUALIFY is hereby **DENIED.**

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:      Arnd N. von Waldow , Esquire
Reed Smith
Email: avonwaldow@reedsmith.com

Timothy J. Cornetti, Esquire
Reed Smith
Email: tcornetti@reedsmith.com

John B. Cromer, Esquire
Burns, White & Hickton
Email: jbcromer@bwhllc.com

C. Kent May, Esquire
Kathleen A. Gallagher, Esquire
Eckert, Seamans, Cherin & Mellott
600 Grant Street
44th Floor
Pittsburgh, PA 15219

John D. Waclawski, Jr., Esquire
Dickie, McCamey & Chilcote
Email: jwaclawski@dmclaw.com

William F. Ward, Esquire
Ward & McGough
Email: wfw@wardmcgough.com

Hugh F. McGough, Esquire
Ward McGough, LLC
Email: hfm@wardmcgough.com